Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Peggy BABB |
| **Docket Number:** | 2:11CR00152-01 |
| **Offender Address:** | Lodi, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/10/2003 |
| **Original Offense:** | 21 USC 841(a)(1) & (b)(1)(A)(viii) and 18 USC 2 - Possession With Intent to Distribute More Than 50 Grams of Methamphetamine and Aiding and Abetting<br>(CLASS A FELONY) |
| **Original Sentence:** | 121 months custody Bureau of Prisons; 5 years Supervised Release; $100 Special Assessment |
| **Special Conditions:** | 1) Drug/alcohol correctional treatment, to include drug testing and co-payment for services; 2) Mental health treatment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/24/2011 |
| **Assistant U.S. Attorney:** | To be assigned          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned          **Telephone:** (916) 498-5700 |
| **Other Court Action:** | |
| **04/11/2011:** | A Probation Form 22 - Transfer of Jurisdiction form was signed and jurisdiction was transferred from the Northern District of Texas to the Eastern District of California. |

**RE:    Peggy BABB**
       **Docket Number:  2:11CR00152-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

3.   The defendant shall submit to the search of her person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**Justification:**   The special condition we are requesting is a "standard" special condition we request on all drug-related offenses.  The warrantless search condition is essential for officer safety and "to protect the public from further crimes of the defendant" (18 USC 3553[a][2][C]).  Further, "the nature and circumstances of the offense" (18 USC 3553 [a][1]) warrant the imposition of this condition.  A search condition helps to ensure the releasee is complying with her conditions of release and not reverting back to illegal activities.  Should it be determined that the releasee is involved in illegal activities such as drug trafficking, we would have the authority to conduct a reasonable search to ensure officer safety and to protect the public from further crimes by the releasee.  This special condition of supervised release is most imperative for officer safety and an added tool the probation officer can utilize to assist in supervising the releasee.  It is also an added "deterrence to criminal conduct" (18 USC 3553[a][2][B]).  Knowing she is subject to search, the releasee may think twice before possessing illegal contraband and/or committing new offenses.

**RE:** **Peggy BABB**
  **Docket Number:  2:11CR00152-01**
  <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
  <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

Based on the defendant's offense for which she is on supervision, it is apparent a search condition is warranted.  The purpose, scope, and intent of this special condition was explained to Ms. Babb and she is in agreement with the modification request and a signed waiver is on file.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**
Telephone:  (916) 683-3323

**DATED:**   August 30, 2011
       Elk Grove, California
       KMM/cj


**REVIEWED BY:**    /s/ Michael A. Sipe
       **MICHAEL A. SIPE**
       **Supervising United States Probation Officer**


**THE COURT ORDERS:**

( x )   Modification approved as recommended.

Date:  August 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**RE:**   **Peggy BABB**
  **Docket Number:  2:11CR00152-01**
  **PETITION TO MODIFY THE CONDITIONS OR TERM**
  **OF SUPERVISION WITH CONSENT OF THE OFFENDER**



cc:   United States Probation
  To be assigned, Assistant United States Attorney
  To be assigned, Assistant Federal Defender
  Defendant
  Court File